# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14473-ELF

TONOA THERESA JACOBS

235 East Market Street

West Chester, PA 19382

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TONOA THERESA JACOBS

    235 East Market Street

    West Chester, PA 19382

**Counsel for debtor(s), by electronic notice only.**
    MARK A. CRONIN ESQ
    26 S. CHURCH ST.

    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 11/10/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee