**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    TONOA THERESA JACOBS, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  16-14473 ELF |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **January 10, 2017,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim necessary for confirmation of her chapter 13 plan **on or before January 31, 2017**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case for substantial delay under 11 U.S.C. §1307(c)

**Date: January 10, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**