# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     TONOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR. | ) | CASE NO. 16-14473-elf |
| | ) | |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor has filed an objection to the proof of claim you filed in this bankruptcy case. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do now want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank, Chief United States Bankruptcy Judge on Tuesday, March 7, 2017 at 1:00 PM, at the United States Bankruptcy Court for the Eastern District of Pennsylvania located at the U.S. Courthouse, Courtroom #1, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection or your claim.

Date: January 30, 2017

                                                        /s/ *Mark A. Cronin*
                                                       Mark A. Cronin, Esquire
                                                       26 S. Church Street
                                                       West Chester, PA 19382
                                                       (610) 585-1702
                                                       PhilaLaw@aol.com

                                                       Attorney for Debtor Tonoa T. Jacobs