UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Tonoa Theresa Jacobs
        Bankruptcy No. 16-14473ELF
        Adversary No.
        Chapter        13

                                                    Date:   January 31, 2017

To:        Mark A. Cronin, Esq.


## NOTICE OF INACCURATE FILING

        Re:  Objection to Claim #1

The above pleading was filed in this office on **January 31, 2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

-   ( )    Debtor's name does not match case number listed
-   ( )    Debtor's name and/or case number (is) are missing
-   (X)    Wrong PDF document attached: Proposed Order Refers to Incorrect Claim
-   ( )    PDF document  not legible
-   ( )    Notice of Motion/Objection
-   ( )    Electronic Signature missing
-   ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                            Timothy B. McGrath
                                            Clerk


                                            By: **Paul A. Puskar**
                                            Deputy Clerk


CM-ECF 14 day notice.frm
4/30/04