# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     TONOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR. | ) | CASE NO. 16-14473-elf |
| _____ | ) | |

### PRAECIPE TO WITHDRAW OBJECTION TO CLAIM

TO THE CLERK, UNITED STATES BANKRUPTCT COURT:

    PLEASE WITHDRAW Debtor's Objection to Claim #5 filed by the Verizon in the above-referenced case.

                                      Respectfully submitted,

                                       /s/  Mark A. Cronin
                                      Mark A. Cronin, Esquire
                                      26 S. Church Street
                                      West Chester, PA 19382
                                      (610) 585-1702
                                      FAX (484) 266-0832
                                      PhilaLaw@aol.com
                                      Attorney for Debtor