**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
|     TONOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|             DEBTOR. | ) | CASE NO. 16-14473-elf |
| _____ | ) | |

PRAECIPE TO WITHDRAW OBJECTION TO CLAIM

TO THE CLERK, UNITED STATES BANKRUPTCT COURT:

    PLEASE WITHDRAW Debtor's Objection to Claim #1 filed by the T Mobile in the above-referenced case.

                                  Respectfully submitted,

                                  /s/  Mark A. Cronin
                                Mark A. Cronin, Esquire
                                26 S. Church Street
                                West Chester, PA 19382
                                (610) 585-1702
                                FAX (484) 266-0832
                                PhilaLaw@aol.com
                                Attorney for Debtor