United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-14473-elf
Tonoa Theresa Jacobs                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 2            Date Rcvd: May 10, 2017
                            Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db          +Tonoa Theresa Jacobs,    235 East Market Street,    West Chester, PA 19382-2739
13754039    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court:  T-Mobile,    P.O. Box 37380,    Albuquerque, NM 87176-7380)
13754034    +Chester County Hospital,    701 E. Marshall Street,    Attn: Financial Dept.,
             West Chester, PA 19380-4421
13777681    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13754037    +Midfirst Bank,    c/o KML Law Group, PC,    BNY Independence Center Suite 5000,
             701 Market Street,    Philadelphia, PA 19106-1538
13754038    +PECO,    P.O. Box 37629,    Philadelphia, PA 19101-0629
13787959    +The Chester County Hospital,    c/o Tabas & Rosen, PC,    1601 Market Street, Suite 2300,
             Philadelphia, PA 19103-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 11 2017 01:29:33     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2017 01:29:05
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2017 01:29:23     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13754357     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2017 01:32:54
             American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
             Oklahoma City, OK  73124-8848
13803643     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2017 01:32:54
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
13754035    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 11 2017 01:29:47      Comcast,
             Comcast Center,    1701 JFK Blvd.,    Financial Dept.,    Philadelphia, PA 19103-2899
13754036     E-mail/Text: cio.bncmail@irs.gov May 11 2017 01:28:52     Internal Revenue Service,
             Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13776712    +E-mail/Text: bankruptcygroup@peco-energy.com May 11 2017 01:28:54     PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2             Date Rcvd: May 10, 2017
                              Form ID: pdf900          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                     TOTAL: 7

Case 16-14473-elf    Doc 52    Filed 05/12/17    Entered 05/13/17 01:07:36    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TONOA THERESA JACOBS | : | |
| Debtor(s) | : | Bky. No. 16-14473 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 5-10-17

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE