UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    TONOA THERESA JACOBS, | : | |
| | : | |
|    Debtor | : | Bky. No. 16-14473  ELF |

## O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$3,000.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$1,000.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: June 8, 2017**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE