United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14473-elf
Tonoa Theresa Jacobs                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                  Page 1 of 1                Date Rcvd: Jun 08, 2017
                                Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db           +Tonoa Theresa Jacobs,    235 East Market Street,    West Chester, PA 19382-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2017 00:56:06      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     TONOA THERESA JACOBS, | : | |
| | : | |
|     Debtor | : | Bky. No. 16-14473  ELF |

# O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$3,000.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$1,000.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: June 8, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**